STATE OF CONNECTICUT:
                                : SS. HARTFORD          SEPTEMBER 22, 2015
COUNTY OF HARTFORD :

    THEN and by virtue hereof and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, COMPLAINT, JURY DEMAND, EXHIBIT A, WRONGFUL TERMINATION COMPLAINT PURSUANT TO THE SURFACE TRANSPORTATION ASSISTANCE ACT, 49 USC 31105, EXHIBIT B, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE REGARDING ELECTRONIC FILING, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, IDENTIFICATION OF INITIAL DISCOVERY PROTOCOL FOR EMPLOYMENT CASES, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of GARY SCAPPINI, MANAGER OF C T CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE and duly authorized to accept service for the within named defendant corporation **LILY TRANSPORTATION CORP.**, in the said town of HARTFORD, County of Hartford.

    THE WITHIN IS THE ORIGINAL SUMMONS IN A CIVIL CASE, COMPLAINT, JURY DEMAND, EXHIBIT A, WRONGFUL TERMINATION COMPLAINT PURSUANT TO THE SURFACE TRANSPORTATION ASSISTANCE ACT, 49 USC 31105, EXHIBIT B, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE REGARDING ELECTRONIC FILING, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO PARTIES RE INITIAL DISCOVERY PROTOCOLS FOR EMPLOYMENT CASES ALLEGING ADVERSE ACTIONS, IDENTIFICATION OF INITIAL DISCOVERY PROTOCOL FOR EMPLOYMENT CASES, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, WITH MY DOINGS HEREON ENDORSED.

FEES:

| | | |
|---|---|---|
| SERVICE | $ 40.00 | ATTEST: |
| TRAVEL | $ 12.00 | KEITH D. NIZIANKIEWICZ |
| ENDORSEMENTS | $  2.40 | STATE MARSHAL |
| PAGES | $ 30.00 | HARTFORD COUNTY |
| | | |
| TOTAL | $ 84.40 | |

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295